COMMONWEALTH of Pennsylvania,
Petitioner

v.

Randal R. RUSHING, Respondent.

Supreme Court of Pennsylvania.

Jan. 28, 2014.

### ORDER

PER CURIAM.

AND NOW, this 28th day of January,
2014, the Petition for Allowance of Appeal
is **GRANTED, LIMITED** TO the issue set
forth below. Allocatur is **DENIED** as to
the remaining issue. The issue is:

Whether the Superior Court erred in
finding that the victims were not con-
fined in a "place of isolation" to warrant
the kidnapping convictions and the sec-

ond degree murder convictions for which the underlying felony was kidnapping.